Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DUFFY, a.k.a. JIM DUFFY, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br><br>            Defendants. | CASE NO.  2:22-cv-01988-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

The initial deadline for Defendant JPMorgan Chase Bank, N.A. to respond to Plaintiff James Duffy's complaint was December 28, 2022.  Defendant requested, and Plaintiff agreed, that Chase would have up to and including January 11, 2023 to respond, to provide time for Chase to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.  That agreement was not reduced to a formal stipulation and order submitted to this Court.

Defendant has now requested, and Plaintiff has agreed, that Chase shall have up to and including January 25, 2023 to respond to Plaintiff's complaint, to provide

DMFIRM #406261734 v1

further time for Chase to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against Chase.

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: January 6, 2023.

| BALLARD SPAHR LLP | WILEY PETERSEN |
|---|---|
| By: /s/ *Madeleine Coles* <br> Madeleine Coles, Esq. <br> Nevada Bar No. 16216 <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ *Jonathan D. Blum* <br> Jonathan D. Blum, Esq. <br> Nevada Bar No. 9515 <br> 1050 Indigo Drive, Suite 200B <br> Las Vegas, Nevada 89145 <br><br> *Attorneys for Plaintiff James Duffy* |

### ORDER

IT IS ORDERED that ECF No. 10 is GRANTED. The parties are advised, however, that in the future, they must seek court approval to extend deadlines and show excusable neglect for filing any motion or stipulation after the deadline has run. *See* LR IA 6-1(a).

**IT IS SO ORDERED**

**DATED:** 1:31 pm, January 09, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DMFIRM #406261734 v1

2