Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DUFFY, a.k.a. JIM DUFFY, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br><br>　　　　Defendants. | CASE NO.  2:22-cv-01988-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>(First Request) |

The current deadline for Plaintiff James Duffy to respond to Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss and to Defendant's motion to stay discovery is March 8, 2023.  Plaintiff and Defendant hereby stipulate that Plaintiff will have until March 15, 2023, to file a response to both motions, as counsel for Defendant will be out of the country from March 8-14.

///

///

///

///

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  February 28, 2023.

| BALLARD SPAHR LLP | WILEY PETERSEN |
|---|---|
| By: /s/ *Madeleine Coles* <br> Madeleine Coles, Esq. <br> Nevada Bar No. 16216 <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ *Jonathan D. Blum* <br> Jonathan D. Blum, Esq. <br> Nevada Bar No. 9515 <br> 1050 Indigo Drive, Suite 200B <br> Las Vegas, Nevada 89145 <br><br> CATANZARITE LAW CORPORATION <br><br> By: /s/ *Kenneth J. Katanzarite* <br> Kenneth J. Katanzarite, Esq. <br> *Admitted Pro Hac Vice* <br> 2311 West Lincoln Avenue <br> Anaheim, California 92801 <br><br> *Attorneys for Plaintiff James Duffy* |

## ORDER

IT IS ORDERED that ECF No. 24 is GRANTED in part and DENIED in part without prejudice.

It is granted to the extent that Plaintiff's deadline to respond to Defendant's motion to stay discovery shall be extended to March 15, 2023.

It is denied without prejudice to the extent it seeks to extend Plaintiff's deadline to respond to Defendant's motion to dismiss. This request must be filed as a separate motion. *See* LR IC 2-2(b).

**IT IS SO ORDERED**

**DATED:** 7:01 pm, March 02, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**