Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DUFFY, a.k.a. JIM DUFFY, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br><br>        Defendants. | CASE NO.  2:22-cv-01988-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

        The current deadline for Plaintiff James Duffy to respond to Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss is March 8, 2023.  Plaintiff and Defendant hereby stipulate that Plaintiff will have until March 15, 2023, to file a response to the motion to dismiss, as counsel for Defendant will be out of the country from March 8-14.

///

///

///

///

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #406883294 v1

1    This is the first request for such an extension, and it is made in good faith and

2 not for purposes of delay.

3    Dated:  March 3, 2023.

4 BALLARD SPAHR LLP                              WILEY PETERSEN

5

6 By:  /s/ *Madeleine Coles*                         By:  /s/ *Jonathan D. Blum*
  Madeleine Coles, Esq.                          Jonathan D. Blum, Esq.

7 Nevada Bar No. 16216                           Nevada Bar No. 9515
  Joel E. Tasca, Esq.                            1050 Indigo Drive, Suite 200B

8 Nevada Bar No. 14124                           Las Vegas, Nevada 89145
  1980 Festival Plaza Drive, Suite 900

9 Las Vegas, Nevada 89135                        CATANZARITE LAW CORPORATION

10 *Attorneys for Defendant JPMorgan*             By:  /s/ *Kenneth J. Katanzarite*
   *Chase Bank, N.A.*                            Kenneth J. Katanzarite, Esq.

11                                                *Admitted Pro Hac Vice*
                                                 2311 West Lincoln Avenue

12                                                Anaheim, California 92801

13                                                *Attorneys for Plaintiff James Duffy*

14

15

16                                        **ORDER**

17                                        IT IS SO ORDERED:

18

19                                        _____
                                         UNITED STATES DISTRICT JUDGE

20

21                                        DATED:  March 7, 2023

22

23

24

25

26

27

28

DMFIRM #406883294 v1                              2