| | |
|---|---|
| 1 | Joel E. Tasca, Esq. |
| | Nevada Bar No. 14124 |
| 2 | Madeleine Coles |
| | Nevada Bar No. 16216 |
| 3 | BALLARD SPAHR LLP |
| | 1980 Festival Plaza Drive, Suite 900 |
| 4 | Las Vegas, Nevada 89135 |
| | Telephone: 702.471.7000 |
| 5 | Facsimile: 702.471.7070 |
| | tasca@ballardspahr.com |
| 6 | colesm@ballardspahr.com |
| 7 | *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES DUFFY, a.k.a. JIM DUFFY, an individual, | | CASE NO. 2:22-cv-01988-APG-BNW |
| Plaintiff, | | **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT PROPOSED PROTECTIVE ORDER** |
| v. | | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | | **(First Request)** |
| Defendants. | | |

At the motion hearing held April 6, 2023, this Court ordered Plaintiff James Duffy and Defendant JPMorgan Chase Bank, N.A. to submit a Proposed Protective Order limiting discovery by April 14, 2023. Plaintiff and Defendant hereby stipulate that the Proposed Protective Order will be submitted one week from April 14, 2023, in order to provide the parties additional time to meet and confer, and come to a joint agreement on the form of the Proposed Protective Order.

///

///

///

DMFIRM #407436700 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: April 13, 2023.

| BALLARD SPAHR LLP | WILEY PETERSEN |
|---|---|
| By: /s/ *Madeleine Coles*<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ *Jonathan D. Blum*<br>Jonathan D. Blum, Esq.<br>Nevada Bar No. 9515<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br><br>CATANZARITE LAW CORPORATION<br><br>By: /s/ *Kenneth J. Katanzarite*<br>Kenneth J. Katanzarite, Esq.<br>*Admitted Pro Hac Vice*<br>2311 West Lincoln Avenue<br>Anaheim, California 92801<br><br>*Attorneys for Plaintiff James Duffy* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 14, 2023